UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE APPLICATION OF DR. HANNO BERGER*

26 Mc. 562 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 6, 2026, petitioner Dr. Hanno Berger filed a petition under 28 U.S.C. § 1782 for the issuance of a subpoena *duces tecum* to Allen Overy Shearman Sterling US LLP ("A&O Shearman") related to ongoing litigation in Germany. Dkts. 1, 3. On November 15, 2026, the petition was assigned to this Court.

The Court orders Berger to serve A&O Shearman with his petition, all supporting papers, and a copy of this Order by November 20, 2026. A&O Shearman's response to Berger's petition, if any, is due December 4, 2026. Petitioner's reply, if any, is due December 11, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 16, 2026
New York, New York